Blue Jay Communications, Inc.,
    Plaintiff

Ibex Funding Group, LLC,
    Defendant

Adv. Proc. No. 22-03055-maw

# CERTIFICATE OF NOTICE

| District/off: 0647-3 | User: mknei | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 03, 2023 | Form ID: pdf748 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Blue Jay Communications, Inc., 7500 Associate Ave, Cleveland, OH 44144-1105 |
| dft | + | Huntington National Bank, Christopher Niekamp. Esq., Buckingham, Doolittle & Burroughs, 3800 Embassy Pkwy, Akron, OH 44333-8398 |
| dft | + | Ibex Funding Group, LLC, Ryan D. Heilman, 40900 Woodward Ave Ste 111, Bloomfield Hills, MI 48304-5116 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crc | *+ | Huntington National Bank, Christopher Niekamp. Esq., Buckingham, Doolittle & Burroughs, 3800 Embassy Pkwy, Akron, OH 44333-8398 |
| crd | *+ | Ibex Funding Group, LLC, Ryan D. Heilman, 40900 Woodward Ave Ste 111, Bloomfield Hills, MI 48304-5116 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Niekamp | on behalf of Defendant Huntington National Bank cniekamp@bdblaw.com |
| Christopher Niekamp | on behalf of Cross-Claimant Huntington National Bank cniekamp@bdblaw.com |

Frederic P. Schwieg          on behalf of Plaintiff Blue Jay Communications Inc. fschwieg@schwieglaw.com

Ryan D. Heilman          on behalf of Cross Defendant Ibex Funding Group LLC ryan@heilmanlaw.com

Ryan D. Heilman          on behalf of Defendant Ibex Funding Group LLC ryan@heilmanlaw.com

TOTAL: 5

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated: February 3 2023**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 21-31915 |
| | ) | |
| Blue Jay Communications, Inc. | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Adv. Pro. No. 22-03055 |
| | ) | |
| Blue Jay Communications, Inc. et al, | ) | JUDGE MARY ANN WHIPPLE |
| | ) | |
| Plaintiff(s), | ) | |
| v. | ) | |
| | ) | |
| Ibex Funding Group, LLC et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

### SECOND ADVERSARY PROCEEDING SCHEDULING ORDER

This adversary proceeding came before the court on February 2, 2023, for a further pretrial scheduling conference on Plaintiff's Complaint Regarding Validity, Priority or Extent of Lien, etc. [Doc.# 1] ("Complaint") and Defendant The Huntington National Bank's cross claim. Attorneys

for Plaintiff, Defendant IBEX Funding Group and Defendant The Huntington National Bank appeared by telephone.

This pretrial scheduling order is entered pursuant to Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16(b) and (d).

Defendant IBEX funding Corp. filed a motion to dismiss Defendant The Huntington National Bank's cross claim against it. The motion is decisional. No further case management schedule will be set pending decision of the motion to dismiss the cross claim.

**IT IS SO ORDERED.**

# # #