**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In re:<br><br>Blue Jay Communications, Inc.,<br><br>                Debtor. | Case No. 21-31915 (MAW)<br><br>Chapter 11<br><br>Chief Judge Mary Ann Whipple |
| Blue Jay Communications, Inc.,<br><br>                Plaintiff<br><br>v.<br><br>Ibex Funding Group, LLC and<br>Huntington National Bank, N.A.,<br><br>                Defendants. | Adv. Proc. No. 22-03055 (MAW)<br><br>Chief Judge Mary Ann Whipple |

**AGREED MOTION REGARDING STAY OF ADVERSARY PROCEEDING**

    Blue Jay Communications, Inc. ("Debtor"), by and through Patricia Fugée acting for the Debtor pursuant to Court order as the Subchapter V Trustee (the "Trustee"), The Huntington National Bank, N.A. ("HNB"), and Ibex Funding Group, LLC ("Ibex"), by and through their undersigned counsel, hereby request that this adversary proceeding should be stayed until further order of the Court.

    WHEREFORE, the Trustee, HNB and Ibex respectfully request that this Court enter an Order staying this adversary proceeding.

                [Signatures on following page]

Stipulated and agreed:

| | |
|---|---|
| /s/ Patricia Fugée | /s/ Ryan D. Heilman |
| Patricia B. Fugée, Trustee | HEILMAN LAW PLLC |
| FisherBroyles, LLP | Ryan D. Heilman (P63952) |
| 27100 Oakmead Dr. Box 306 | 40900 Woodward Ave., Ste. 111 |
| Perrysburg, OH 43551 | Bloomfield Hills, MI 48304 |
| (419) 874-6859 | (248) 835-4745 |
| Patricia.fugee@fisherbroyles.com | ryan@heilmanlaw.com |
| Subchapter V Trustee | Counsel for IBEX Funding Group, LLC |

/s/ Chris Niekamp
Chris Niekamp, Esq. (0051221)
Buckingham Doolittle
Burroughs 3800 Embassy Parkway, Suite 300
Akron, OH 44308
(330) 258-6470
CNiekamp@bdblaw.com
Attorney for Huntington National Bank, N.A.